### THE INFORMATION JN^O BANISTER vs SNOW *Noble Jane*

was read. And the Defendant made a motion to the Court that the Bill of Hypothecation may be produced in Court by the Plantiff that he the def^t may have oyer thereof The Case was Continued untill the Sixteenth Day of January next at Ten o Clock A. M The Court was opened accordingly: Decree for Oyer read. and the Plaintiff with drew this Information. And the Court was adjourned untill further Notice.

January 16, 1749[50]

And the s^d John Banister the appell^t having made a motion that his s^d Libell might be withdrawn a Retraxit was thereupon Enter'd. Wherefore it is consider'd that he the s^d Appellant pay the Cost of this Court Taxes at £30/15/6.

S Wickham Dep^t Judge

### PHILIP CASWELL VS. BRIGANTINE *Swansey*, 1749

Gideon Cornel for and in behalf of himself and the rest of the Owners of the Brigantine Swansey comes and defends and says that they have fully paid the Appellant his Wages libelled for and this they are ready to verify, wherefore they pray a Dismission with Costs.

Mar Howard J^r for Cornel ^etc

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island on Saturday the Second of December A. D. 1749
Before the Honble Samuel Wickham Esq^r Deputy Judge
The Court being opened